Dismissed and Memorandum Opinion filed August 21, 2008








Dismissed
and Memorandum Opinion filed August 21, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00477-CV

____________

 

RICHARD J. WHEELER, JR. AND KEVIN
FLEMING , Appellants

 

V.

 

SOUTHTRUST BANK, F/K/A BAYSHORE NATIONAL BANK OF LA
PORTE, Appellees

 



 

On Appeal from the
10th District Court

Galveston County,
Texas

Trial Court Cause
No. 03CV0993

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed May 22, 2008.  On August 7, 2008, appellants
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed August
21, 2008.

Panel consists of Justices Anderson, Fowler, and Frost.